FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>MONSON FRUIT CO. LLC., f/k/a MONSON FRUIT CO. INC., d/b/a MONSON FRUIT CO.,<br><br>Defendant. | No. 1:22-cv-03133-MKD<br><br>ORDER GRANTING MOTION TO INTERVENE AS PLAINTIFF AND TO CONSOLIDATE CASES<br><br>**ECF No. 4** |

Before the Court is Brenda Sanchez Cossio's Motion to Intervene as Plaintiff and Consolidate, ECF No. 4. Ms. Sanchez Cossio seeks leave to intervene as a plaintiff in this matter pursuant to Federal Rule of Civil Procedure 24(a)(1) and to consolidate this action with Case No. 1:22-cv-03100-MKD[1] pursuant to Federal Rule of Civil Procedure 42(a). ECF No. 4 at 1. The Equal Employment

---

[1] *Cassio v. Monson Fruit*, 1:22-cv-03100, was previously assigned to another judicial officer. It was reassigned to the undersigned judicial officer to effectuate consolidation. *See Cassio v. Monson Fruit*, 1:22-cv-03100, ECF No. 19.

ORDER - 1

Opportunity Commission agrees that Ms. Sanchez Cossio's motion should be granted. ECF No. 6 at 2. Defendant does not oppose Ms. Sanchez Cossio's request to intervene and consolidate. ECF No. 12 at 1.

The Court has reviewed the motion and the record and is fully informed. The Court finds good cause to grant the motion and consolidate this matter into Case No. 1:22-cv-03100-MKD.

**IT IS ORDERED:**

1. Brenda Sanchez Cossio's Motion to Intervene as Plaintiff and Consolidate, **ECF No. 4**, is **GRANTED.**

2. The District Court Executive shall **CONSOLIDATE** Case No. 1:22-cv-3133-MKD into Case No. 1:22-cv-03100-MKD.

3. The District Court Executive shall **CLOSE** Case No. 1:22-cv-03133-MKD.

4. The parties **shall** submit all further filings in Case No. 1:22-cv-03100-MKD.

5. Plaintiffs **shall** file a First Amended Complaint no later than **January 11, 2023.**

6. Defendant shall respond to the First Amended Complaints within the limits established by the Federal Rules of Civil Procedure.

ORDER - 2

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED December 16, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3